**NOT FOR PUBLICATION**

FILED

NOV 23 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEORGE C. CHATMAN,<br><br>  Plaintiff-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>  Defendants-Appellees. | No.    14-56794<br><br>D.C. No. 5:14-cv-01244-PA-MAN<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted November 16, 2016[**]

Before:    LEAVY, BERZON, and MURGUIA, Circuit Judges.

George C. Chatman appeals pro se from the district court's judgment

dismissing his action alleging that defendants violated his constitutional rights and

committed various torts against him by instructing him to file tax returns for the

years 2010, 2011, and 2012.  We have jurisdiction under 28 U.S.C. § 1291.  We

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

affirm.

Chatman failed to address any of the district court's grounds for dismissal, and has therefore waived his appeal of the district court's order. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief."); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues not supported by argument in pro se appellant's opening brief are waived).

**AFFIRMED.**

14-56794